KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
P. O. BOX 1193
ARCATA, CA 95518
(707) 822-1611 FAX (707) 822-1044
EMAIL: aew1950@yahoo.com

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| CHRISTIAN IAN-TEMPLETON PRICE,<br><br>        Plaintiff,<br><br>        vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 1:16-CV-04624 NJV<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER IN SUPPORT OF PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME** |

      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Christian Price may have an extension until May 22, 2017, in which to file Plaintiff's Reply Brief. All amended deadlines will be extended accordingly. This is Plaintiff's third request and is based upon Plaintiff's counsel's health issues.

Dated: May 5, 2017                                        */s/ Kenneth J. Collins*
                                                                                  KENNETH J. COLLINS
                                                                                  Attorney for Plaintiff

|   |   |   |
|---|---|---|
| 1 |  | BRIAN J. STRETCH |
| 2 |  | United States Attorney |
| 3 | Dated: May 5, 2017 | /s/ Tina Naicker |
| 4 |  | Tina Naicker |
|   |  | Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 10, 2017

_____
Hon. Nandor J. Vadas
United States Magistrate Judge